# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00556-CV

**Build 512, LLC d/b/a Alabaster Austin and Don Anthony Villarreal, Appellants**

**v.**

**Scott Gunter and Julia Gunter, Appellees**

---

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 24-2712-C395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellants Build 512, LLC d/b/a Alabaster Austin and Don Anthony Villarreal have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed on Appellants' Motion

Filed: August 15, 2025